777 A.2d 1049

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner**

v.

**Nicholas H. KRAYER, III, Respondent.**

**No. 671 Disciplinary Docket 3.**

Supreme Court of Pennsylvania.

May 17, 2001.

### *ORDER*

PER CURIAM:

AND NOW, this 17th day of May, 2001, upon consideration of the Report and Recommendations of the Disciplinary Board dated March 16, 2001, it is hereby

ORDERED that Nicholas H. Krayer, III, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one year and one day and he shall comply with all the provisions of Rule 217 Pa. R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa. R.D.E.